No. 724. CARL GOEPEL ET AL., PARTNERS, ETC. *v.* A. MITCHELL PALMER, AS ALIEN PROPERTY CUSTODIAN. March 22, 1920. Petition for a writ of certiorari to the Court of Chancery of the State of New Jersey denied. *Mr. Ruby R. Vale* for petitioners. *Mr. Assistant Attorney General Spellacy* for respondent.

No. 735. LOUIS DE F. MUNGER *v.* FIRESTONE TIRE & RUBBER COMPANY; and

No. 736. LOUIS DE F. MUNGER *v.* B. F. GOODRICH COMPANY. March 22, 1920. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William A. Redding* for petitioner. *Mr. Charles Neave, Mr. William G. McKnight* and *Mr. Edward Rector* for respondents.

No. 747. AMERICAN ORE RECLAMATION COMPANY *v.* DWIGHT & LLOYD SINTERING COMPANY, INC. March 22, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry B. Gayley* for petitioner. *Mr. Otto C. Wierum* for respondent.

No. 757. EMPIRE FUEL COMPANY *v.* J. E. LYONS. March 22, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Arthur S. Dayton, Mr. Melvin G. Sperry* and *Mr. Frank E. Wood* for petitioner. *Mr. Murray Seasongood* for respondent.

No. 770. CARL H. RICHARDSON, AS TRUSTEE, ETC. *v.* GERMANIA BANK OF THE CITY OF NEW YORK. March 22,

1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Carroll G. Walter* for petitioner. *Mr. Bernard Hershkopf* for respondent.

No. 783. S. J. LINDSEY *v.* UNITED STATES. March 22, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. A. Johnston Ackiss* for petitioner. *Mr. Assistant Attorney General Frierson* for the United States.

No. 784. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY *v.* INDUSTRIAL COMMISSION OF THE STATE OF ILLINOIS (MARIA KILEY, ADMINISTRATRIX, ETC.). March 22, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Illinois denied. *Mr. Gardiner Lathrop* for petitioner. *Mr. Leo L. Donahoe* for respondent.

No. 479. HOUSTON & TEXAS CENTRAL RAILROAD COMPANY *v.* CITY OF ENNIS ET AL. March 29, 1920. Petition for a writ of certiorari to the Court of Civil Appeals for the Fifth Supreme Judicial District of the State of Texas denied. *Mr. H. M. Garwood, Mr. J. L. Gammon* and *Mr. Jesse Andrews* for petitioner. *Mr. Rhodes S. Baker* for respondents.

No. 745. ANTONIO CISNEROS CHAPA *v.* UNITED STATES. March 29, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. C. M. Chambers* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.